**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00494-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNOLDO DOMINGUEZ-BARRAZA,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter is before me *sua sponte*. On April 29, 2013, the court entered an **Order To Show Cause** [#60][1]. The court directed the government to show cause why defendant's **Motion for a Reduction of Sentence, Pursuant to 18 U.S.C. § 3582** [#55] should not be granted. On April 30, 2013, the **Government's (1) Response To Order Show Cause and (2) Provisional Response To Motion For Reduction of Sentence** [#61] was filed. Based on the response, I find and conclude that counsel for the government did not act in bad faith and did not intend to offend the dignity or the authority of the court. Thus, the order to show cause should be discharged.

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#60] filed April 29, 2013, is **DISCHARGED**.

Dated May 1, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge