IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 05-cr-00494-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNOLDO DOMINGUEZ-BARRAZA,

    Defendant.

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE

**Blackburn, J.**

The matter is before me on defendant's **Motion For a Reduction of Sentence, Pursuant to 18 U.S.C. § 3582** [#55][1] filed December 21, 2009. I deny the motion as moot because the defendant was discharged and released from custody on or about July 31, 2012.

**THEREFORE, IT IS ORDERED** the **Motion For a Reduction of Sentence, Pursuant to 18 U.S.C. § 3582** [#55] filed by defendant December 21, 2009, is **DENIED** as moot.

Dated May 1, 2013, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Robert E. Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.